UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

David Paul Tadgerson
_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

FILED - MQ
January 14, 2021 9:48 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mlc SCANNED BY: /s/

**2:21-cv-11**
Paul L. Maloney - U.S. District Judge
Maarten Vermaat - Magistrate Judge

v. Jeffrey Miller, Joe Waiter, Cody Meyer, Robert Stratton III, Unnamed officers of the Chippewa County Sheriff, Unnamed officers Michigan State Police, and Task force Team and The County of Chippewa
(Enter above the full name of the defendant or defendants in this action.) and The Village of Sault Ste Marie.

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐ No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_____

2. Is the action still pending?   Yes ☐ No ☒

    a. If your answer was no, state precisely how the action was resolved: _____

_____

3. Did you appeal the decision?   Yes ☐ No ☒

4. Is the appeal still pending?   Yes ☐ No ☒

    a. If not pending, what was the decision on appeal? _____

_____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐ No ☒

    If so, explain: _____

_____

II. **Place of Present Confinement** Chippewa County Jail

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

_____

-1-

III. **Parties**

    A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff David Paul Tadgerson

Address 325 Court Street, Sault Ste Marie MI 49783

    B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 Jeffrey Miller
Position or Title Assistant Prosecutor
Place of Employment Chippewa County
Address 325 Court Street Sault Ste Marie MI 49783
Official and/or personal capacity? _____

Name of Defendant #2 Robert Stratton III
Position or Title Prosecutor
Place of Employment Chippewa County
Address 325 Court Street Sault Ste Marie MI 49783
Official and/or personal capacity? _____

Name of Defendant #3 Joe Waiter
Position or Title Sheriff deputy
Place of Employment Chippewa County Sheriff dept
Address 325 Court Street Sault Ste Marie MI 49783
Official and/or personal capacity? _____

Name of Defendant #4 Cody Mayer
Position or Title Michigan State police
Place of Employment Michigan State police
Address I-75 Business Spur Sault Ste Marie MI 49783 Post 93
Official and/or personal capacity? _____

Name of Defendant #5 County of Chippewa
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

-2-

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

12 page Complaint attached

Proof of incarceration

Proof of Balance in my account

(Last Revised: June 2013)

V. **Relief**

State briefly and precisely what you want the court to do for you.

Attached Complaint explaining everything

12-30-2020
Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

## Complaint

Plaintiff David Paul Tadgerson, Complains of Defendants Jeffrey Miller, Joe Waiter, Cody Mayer, Robert Stratton III, unnamed officers of the Chippewa County Sheriffs department, unnamed officers of the Michigan State police, unnamed officers of the Michigan State police Task force Team, and The County of Chippewa and the Village of Sault Ste Marie. and States:

## Introduction

1, David Paul Tadgerson Spent 453 days in Jail for a Domestic Violence, aggravated Stalking, kidnapping, witness intimidation That he did not Commit.

2, In response by investigators during the questioning and initial investigation in to this matter, investigating officer feed victim information bit by bit until she Spun a Story that matched investigator theory of the Crime in which investigating officers bodyCam was inadvertently turned off during Questioning.

3, In early April 19, a Court in Chippewa County held a Jury Trial Mr. Tadgerson was found not guilty by a Jury of the original Crime of Domestic Violence.

4, David will never be able to recover the Time lost in Jail, The experiences not enjoyed and the relationships not developed He brings this lawsuit to Seek Such redress as the law provides.

1

## Jurisdiction and Venue

5, This action is brought pursant to 42 U.S.C, 1983 to redress the deprivation under Color of law of Plaintiffs rights as Secured by the United States Constitution.

6, This Court has jursdiction pursant to 28 U.S.C, 1331 and 28 U.S.C 1367.
Venue is proper under 28 U.S.C, 1391 because, upon information and belief, the defendants reside within this district, and nearly all of the events giving rise to the Claims asserted herein occured within the district.

## The Parties

7, Plaintiff David Paul Tadgerson is a resident of Michigan

8, Defendant Joe Waiter, was at all times relevant to this Complaint an officer with the Chippewa County Sheriffs dept. Defendant Waiter is Sued in his individual Capacity.

9, At all relevant times hereto, Defendant Waiter acted under Color of law and within the Scope of his employment.

10, Defendant, Sheriff Graham was at all times relevant to this Complaint an officer with the Chippewa County Sheriffs dept. Defendant Graham is Sued in his individual Capacity.

2

11) At all relevant times hereto, Defendant Graham acted under Color of law and within the Scope of his employment

12) Defendant Cody Mayer was at all times relevant to this Complaint an officer with the Michigan State police. Defendant Mayer is Sued in his individual Capacity.

13) At all times relevant hereto, Defendant Mayer acted under Color of law and within the Scope of his employment.

14) Defendant Jeffrey Miller was at all times relevant to this Complaint the assistant Chippewa County prosecutor. Defendant Miller is Sued in his individual Capacity.

15) At all times relevant hereto, Defendant Miller acted under Color of law and within the Scope of his employment.

16) Defendant Robert Stratton III was at all times relevant to this Complaint the Chippewa County prosecutor. Defendant Stratton III is Sued in his individual Capacity.

17) At all times relevant hereto, Defendant Stratton III acted under Color of law and within the Scope of his employment.

18) Defendants unnamed officers of the Chippewa County Sheriffs dept. were at all times relevant to this Complaint officers Serving in the Chippewa County Sheriffs dept.
They are Sued in their individual Capacities.

3

19, at all times relevant hereto, Defendants unnamed officers of the Chippewa County Sheriffs dept. acted under Color of law and within the Scope of their employment.

20, Defendants unnamed officers of the Michigan State Police were at all times relevant to this Complaint officer's Serving in the Michigan State Police. They are Sued in their individual Capacities.

21, at all times relevant hereto, Defendants unnamed officers of the Michigan State police acted under Color of law and within the Scope of their employment.

22, Defendants unnamed officers of the Michigan State Police task force Team were at all times relevant to this Complaint officers Serving in the Michigan State police Task force Team. They are Sued in their individual Capacities.

22, At all times relevant hereto, Defendants unnamed officers of the Michigan State police task force Team acted under Color of law and within the Scope of their employment.

23, Defendant Village of Sault Ste Marie, is a Political Subdivision in Michigan that, at the relevant Times employed Defendant and unnamed defendants.

24, Defendant County of Chippewa is a political Subdivision in Michigan that, at the relevant Time, employed Defendants, Kinnear Graham, Waiter,

4

## The Alleged Crime of Domestic Violence

25, on or about July 10th 2017, Amber Dotson a 33 year old was allegedly the victim of a domestic violence though not reported by her. The victim was later found at War Memorial hospital where she refused medical treatment and was trying to leave when she was stopped by investigating officers. Chippewa County Sheriffs dept was questioning Mrs. Dotson when Mrs. Dotson said no crime was committed officer inadvertently turned his bodycam off to have no sound.

### Investigating officer's focus on David Tadgerson

26, Mr. Tadgerson was detained by Bay Mills Police officer, Paul Baraqwanath, and brang to the County Sheriff office interrogation room where deputy Kinnear interviewed Tadgerson David denied any assault took place or any involvement in any crime. Mr Tadgerson was placed under arrest.

27, Defendant Miller, the Chippewa County assistant Prosecutor acting in an investigative capacity, agreed with Kinnear and Graham that they would arrest and charge David Tadgerson with domestic violence.

28, Plaintiff David Tadgerson was released on PR Bond the next day, and was appointed to the public defender's office where attorney Mrs. Giommi represented plaintiff. Mr. Tadgerson was on bond and refused all plea offers and stated he was going to trial.

5

November 14th 2017 a Jury trial was Scheduled in the 91st district Court Plaintiff Called the night before and the trial was adjourned.

29, In november 2017 Defendant miller brang more Charges against Plaintiff to a 3rd domestic Violence and flight to avoid Prosecution, and another Charge of 3rd domestic Violence on the Same victim. Stating Plaintiff missed his Trial

30, Defendant Cody Mayer, was in Contact with Amber Dotson and Said mr. Tadgerson apparently assaulted her again officer, went on a federal reservation of native american's without Jursdiction and interviewed Mrs. Dotson officer than went to mr Tadgerson residence and threatened his parents, Defendants action of Waiter and Mayer and threats to davids parents was extreme and outrageous.

31, In addition Defendants, Waiter, Mayer, and unnamed officers of the Chippewa County Sheriff dept and the Michigan State Police Withheld evidence from david's defense.

32, December 19th 2017 Defendants unnamed officers of the Michigan State Police Task force Team, broke in to plaintiffs home located in Chippewa County and arrested Plaintiff David Tadgerson along with Amber Dotson, Mr Tadgerson Sustained injuries from the Task force Team from them breaking in to his residence and Handcuffed Plaintiff So tight He lost feeling and his hands Turned purple.

6

Plaintiff asked Defendants for a warrant but they never had one to go into his residence.

33) A preliminary exam was held to determine whether probable cause existed, the Conclusion of that Prelim plaintiff was not bound over and was denied bond on 2 misdeamenor charges The victim Amber Dotson testified that she was told what to say. by victim advocates and the prosecution at the preliminary exam.

34) Defendants Conspiracy to deprive David of his Constitutional rights Continued even when he was incarcerated. By Denying him his right to a Speedy Trial, Prosecutor would dismiss and recharge plaintiff.

35) Plaintiff was out on bond after Serving 215 days for a Misdeamenor, Plaintiff was appointed Brian Rahilly.

36) Plaintiff was on bond when Mrs. Dotson got a hold of him and set up a plan to leave her abusive Boyfriend Plaintiff followed through and was arrested the next day by the Defendant Michigan State police where again trooper's walked right in his home when Plaintiff told them no they couldn't go in his home.

37) A preliminary exam was held the Conclusion of the exam Plaintiff was bound over on a witness tampering Charge and 3rd domestic violence.
David's atty filed motions to establish his innocence and David Won his motion, Prosecutor Stratton dismissed the witness charge and remanded back to district Court, To stand Trial on original charge of Domestic violence

7

38, Plaintiff stood Trial on April 16-2019 and was found not guilty of his charge of domestic violence by a Jury.

## Mr Tadgerson's Damages

39, Mr Tadgerson spent 453 days in prison for a crime that he did not commit, suffering greatly.

40, During his wrongful incarceration, Mr Tadgerson was stripped of the various pleasures of basic human experience, from the simplest to the most important, which all free people enjoy as a matter of right. He missed out on the ability to share holidays, funerals, and other life events with loved ones, the opportunity to run his fishing business and the fundamental freedom to live one's life as an autonomous human being.

41, As a result of the foregoing, Mr Tadgerson has suffered severe emotional distress, extreme depression, extreme anxiety, thoughts and actions of suicide and physical sickness and injury

## Count 1   42 USC 1983
### fifth and fourteenth amendments

42, each paragraph of this Complaint is incorporated as if restated fully herein. The misconduct described in this Count shocks the conscience, as a result of Defendants misconduct described in this Count, Plaintiff suffered injuries to the loss of liberty, physical injury, and emotional pain and suffering

8

43) The misconduct described in this Count was undertaken Pursuant to the policies and practices of the County of Chippewa and the Village of Sault Ste Marie. To pursue Convictions in reckless disregard for the truth through flawed investigations and Coerced evidence. And denial of Constutional rights to a Speedy Trial

44) In this way the Defendants violated plaintiffs rights by Maintining policies and practices foregoing Constutional Violations.

45) Defendant Stratton who had final policy making authority exhibited deliberate to the problem thereby ratifying it.

46) The Defendants Misconduct directly and proximately resulted in The unjust and of Plaintiff and his wrongful imprisonment thereby denying him his rights under the Due process Clause of the fifth and fourteenth amendments to the United States Constution.

## Count II 42 USC 1983
## Violation of Due Process

47) each paragraph of this Complaint is incorporated as if restated fully herein. The misconduct was so reckless as to demonstrate a Substantial lack of Concern for whether an injury would result.

48) as a direct result of this Violation of his Constutional right To a fair Trial. Plaintiff Suffered injuries loss of liberty and emotional distress

9

failure to intervene

49) each paragraph of this Complaint is incorporated as if restated fully herein.

50) In the manner described above by their Conduct and under Color of law during the Constutional violations described herein, one or more of the defendants stood by without intervening to Prevent the violation of Plaintiffs Constutional rights even though they had the oppurtunity to do so.

51) The Misconduct in this Count was unreasonable, was undertaken intentionally, with malice to Plaintiffs Constutional rights and was so reckless to demonostrate a lack of Concern for whether an injury would result.

### Count IIII 42 USC 1983

Conspiracy to Deprive Plaintiff of his Constutional right To a Quick and Speedy Trial.

52) Defendants Miller and Stratton III agreed among themselves To deprive Plaintiff of his Constutional right to a Quick and Speedy Trial.

53) As a result of this misconduct Plaintiff Sustained injuries, emotional Pain and Suffering as is more alleged above

54) Said Conduct Caused Plaintiff emotional distress that no reasonable Person Can endure.

10

Violation of Plaintiff's Constutional rights to be Safe in his home.

55, on December 19, 2017 Defendants unnamed officers of the Michigan State police task force team, broke in to plaintiffs home without a Search warrant and arrested and injuried Plaintiff.

56, as a direct result plaintiff Suffered Constutional rights Violation To be Safe in his home.

## Count IIIIII 42 U.S.C 1983
### State law malicious prosecution

57, Defendants Kinnear, Graham, Robert Stratton III institued the Criminal prosecution against Mr Tadgerson, by Coerce Mrs. Dotson to Testifying falsely and telling her what to Say with reckless disregard for the truth at the Preliminary exam.

58, on, April 16 2019, the Criminal proceding was resolved in Mr Tadgerson favor when the Jury brought back a not Guilty Verdict.

59, As a direct result of the legal proceeding maliciously institued by Defendants Miller and Stratton III, Plaintiff Suffered damages Physical injury and Sickness, and emotional pain and suffering.

## Count IIIIII
### State law Civil Conspiracy

11

60, Defendants, Waiter, Mayer, Graham, Kinnear acting in Concert with other known and unknown Co-Conspirators in a malicious Combination Conspired by Concerted action to accomplish an unlawful purpose by unlawful means. The defendants Committed overt acts and willful Participants to the Malicious prosecution of Plaintiff and the intentional infliction of emotional distress upon him.

61, As a direct result of the defendants Conspiracy Plaintiff suffered damages including loss of liberty, Physical injury and sickness emotional pain and suffering as is more fully alleged above.

Wherefore, Plaintiff David Paul Tadgerson, respectfully request that this Court enter Judgement in his favor and against Defendants Jeffrey Miller, Joe Waiter, Cody Mayer, Robert Stratton unnamed officers of the Chippewa County Sheriff dept, unnamed officers of the State police, and the Task force Team, and the County of Chippewa and the village of Sault Ste Marie awarding Compensatory damages, Costs, and fee's against each defendant along with Punitive damages against each of the individual defendants as well as any other relief this Court deems appropriate.

## Jury Demand

62, Plaintiff, David Paul Tadgerson, hereby demands a Trial by Jury Pursuant to federal Rule of Civil Procedure 38(b) on all issues so Triable.

Respectfully Submitted,

David Paul Tadgerson

12

Tadgerson
325 Court Street
Sault Ste Marie Michigan
49783

NOT CENSORED
Not Responsible for Content
Chippewa Co. Jail

Office of the
United States Distri[ct]
229 Post Office, Fed[eral]
P.O Box 698,
Marquette, MI
4[9855]

